IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KELLI SUE WALKUP and G.J., | No. 3:20-cv-01554-SB |
| Plaintiffs, | ORDER |
| v. | |
| DIVISION OF CHILD SUPPORT, MULTNOMAH COUNTY, KATE FEDDERSEN, JONATHAN TUCKER, ANDREW LONG, and LOWELL E. JACKSON, JR, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Beckerman issued a Findings and Recommendation [4] on November 16, 2020, in which she recommends that the Court grant Plaintiff's application to proceed *in forma pauperis* but dismiss the Complaint without prejudice. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [4]. Accordingly, the Court GRANTS Plaintiff's Application to Proceed *In Forma Pauperis* [1] and DISMISSES the Complaint [2] without prejudice.

IT IS SO ORDERED.

DATED:      January 9, 2021           .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER